1  TODD H. HARRISON, SBN 230542
   BRENNAN S. KAHN, SBN 259548
2  JACOB J. LARSEN, SBN 294588
   PERONA, LANGER, BECK, SERBIN,
3  MENDOZA & HARRISON, APC.
   300 East San Antonio Drive
4  Long Beach, California 90807-0948
   (562) 426-6155   Fax (562) 490-9823
5  Attorneys for Plaintiff
   Katherine Sasso

6
   JUDY M. IRIYE, Bar No. 211360
7  jiriye@littler.com
   SAM SANI, Bar No. 273993
8  ssani@littler.com
   LITTLER MENDELSON, P.C.
9  2049 Century Park East
   5th Floor
10 Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
11 Fax No.:    310.553.5583

12 Attorneys for Defendants
   NOBLE- INTERSTATE MANAGEMENT
13 GROUP-CALIFORNIA, LLC

14
15                    UNITED STATES DISTRICT COURT

                      CENTRAL DISTRICT OF CALIFORNIA

16 | KATHERINE SASSO, an individual, | Case No.  2:14-cv-09154 –AB (AJWx)
17 |                                  |
18 |            Plaintiff,            |
   |                                  | ORDER GRANTING PARTIES'
19 |       v.                         | STIPULATED PROTECTIVE ORDER
   |                                  | FOR STANDARD LITIGATION
20 | NOBLE-INTERSTATE MANAGEMENT      |
   | GROUP - CALIFORNIA, LLC, a Georgia| Complaint Filed in Los Angeles
21 | Limited Liability Company; and DOES 1| Superior Court: October 15, 2014
   | through 10, inclusive,           | Trial Date:      None  Set
22 |                                  |
   |            Defendants.           |
23

24
25
26
27
28

United States District Court
Central District of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SASSO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOBLE-INTERSTATE MANAGEMENT GROUP - CALIFORNIA, LLC, a Georgia Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-09154 –AB (AJWx)<br><br>ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION<br><br>Complaint Filed in Los Angeles Superior Court: October 15, 2014<br>Trial Date:　　None Set |

1 | Good cause appearing therefore, the terms of the Parties' Stipulated
2 | Protective Order filed on June 12, 2015 are adopted by the Court. The Parties shall
3 | adhere to the terms of the Stipulated Protective Order unless modified or otherwise
4 | ordered by the Court.

5 | **IT IS SO ORDERED.**

7 | DATED: June 17, 2015         _____
8 |                              HON. ANDREW J. WISTRICH
                                 UNITED STATES MAGISTRATE JUDGE