JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SASSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE-INTERSTATE MANAGEMENT GROUP - CALIFORNIA, LLC, a Georgia Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 14-09154 -AB (AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Having reviewed the parties' stipulation filed on September 28, 2015 (Dkt. No. 32), and good cause having been shown, the Court hereby DISMISSES the above-captioned action with prejudice, in its entirety and as to all current and former defendants (including Noble-Interstate Management Group – California, LLC, Noble Utah Long Beach, LLC and Interstate Hotels & Resorts, Inc.). Each party shall bear her/its own costs and attorneys' fees.

DATED: September 30, 2015

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE